**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    James Wallace, et al. v. Dynamic Opportunity LLC

Appellate case number:    01-20-00036-CV

Trial court case number:    1140601

Trial court:        County Civil Court at Law No. 1 of Harris County

Appellant, James Wallace, has filed a notice of appeal of the trial court's judgment signed on December 9, 2019. Appellant filed a statement of inability to afford payment of court costs or an appeal bond in the trial court on August 30, 2019. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. P. 20.1(b)(1). Appellant may therefore proceed on appeal without payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The clerk's record has been filed in this Court with the notation that appellant is indigent. The trial court clerk is **ORDERED** to provide a complete copy of the reporter's record, if any, to appellant without charge. *See* TEX. R. CIV. P. 145.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually


Date:  January 23, 2020